## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA      *
     *
v.      *      Crim. No. CCB-13-528
     *
GARRY DEJESUS ROJAS      *
     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM AND ORDER

Garry Dejesus Rojas filed a motion for appointment of counsel in order to pursue relief under 18 U.S.C. § 3582(c)(1)(A) (the "compassionate release statute"). (ECF 80). After the Federal Public Defender indicated it would not be supplementing Rojas's motion, (ECF 82), the court issued an Order directing Rojas to send to the court for filing under seal any medical records or other documentation supporting his assertion that he has underlying medical conditions. (ECF 83). More than 30 days have passed, and Rojas has not complied.

Accordingly, Rojas's motion (ECF 80) is DENIED WITHOUT PREJUDICE.

So Ordered this 10th day of August, 2020.

_____
            /S/
Catherine C. Blake
United States District Judge